UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Moath Benyamen Youse Asfour, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **1:25-CV-01898-ADA-SH** |
| | § | |
| Uber Technologies Inc., | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower. Dkt. 4. The report and recommendation addressed the merits of Plaintiff's claims as well as the Court's jurisdiction in this case. The report recommended that Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2) for lack of subject matter jurisdiction. Judge Hightower issued the report and recommendation on January 9, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Hightower's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 4) is **ADOPTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2) for lack of subject matter jurisdiction.

**SIGNED** on February 24, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE